AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 1 2 2005
US MARSHAL
RHODE ISLAND

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

EDUARDO GARCIA a/k/a HEAVY D a/k/a EL GORDO

## WARRANT FOR ARREST

CASE NUMBER: 1:05M155A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDUARDO GARCIA a/k/a HEAVY D a/k/a EL GORDO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE 5 KILOS OR MORE OF COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1)&(b)(1)(A); 841(a)(1)&(b)(1)(B)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

12-12-2005 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by DEA | | |
| DATE RECEIVED 12/12/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/11/2005 | | |