AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Eduardo Garcia

APPEARANCE

CASE NUMBER: 1:05M155A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eduardo Garcia

I certify that I am admitted to practice in this court.

12/12/05
*Date*

[signature]
*Signature*

Emili Vaziri 4952
*Print Name* *Bar Number*

160 Plainfield St.
*Address*

Pr RI 02909
*City* *State* *Zip Code*

(401) 944-6430 (401) 944-4161
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.