AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.
Eduardo Garcia

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05M155A

I, Eduardo Garcia, charged in a ☑ complaint ☐ petition

pending in this District with Conspiracy to Distribute 5 kilos n more of Cocaine, Poss. w/intent to distribute 500 grams or more of cocaine

in violation of Title 21, U.S.C., 846, 841(a)(1) + (b)(1)(A), 841(a)(1) + (b)(1)(B)

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☑ examination ☑ hearing.

Eduardo Garcia
*Defendant*

12/12/05
*Date*

[signature]
*Counsel for Defendant*