IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 137-01 T |
| | ) | Cr.No. |
| | ) | |
| VS. | ) | In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)&(C), & 846; 18 U.S.C. § 924(c); and, 18 U.S.C. § 2. |
| | ) | |
| ✓WASKAR PENA, | ) | |
| EDUARDO GARCIA, alias Heavy D, | ) | |
| CORNELIO OZORIO, | ) | |
| ALEJANDRO PUJOLS, alias Enano, | ) | |
| CHRISTOPHER J. GARCIA, and | ) | |
| DOMINGO A. GONZALEZ | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

From on or about December 1, 2005, up to and including on or about December 11, 2005 in the District of Rhode Island, the defendants, WASKAR PENA, EDUARDO GARCIA, alias Heavy D, CORNELIO OZORIO, ALEJANDRO PUJOLS, alias Enano, CHRISTOPHER J. GARCIA, and DOMINGO A. GONZALEZ, and others unknown, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute, and to possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B),

all in violation of 21 U.S.C. § 846.

COUNT II

On or about December 11, 2005, in the District of Rhode Island, the defendants, WASKAR PENA, EDUARDO GARCIA, alias Heavy D, CORNELIO OZORIO, ALEJANDRO PUJOLS, alias Enano, CHRISTOPHER J. GARCIA, and DOMINGO A. GONZALEZ, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2.

COUNT III

On or about December 11, 2005, in the District of Rhode Island, the defendant, WASKAR PENA, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

COUNT IV

On or about December 11, 2005, in the District of Rhode Island, the defendants, CHRISTOPHER J. GARCIA and DOMINGO A. GONZALEZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2.

COUNT V

On or about December 11, 2005, in the District of Rhode Island, the defendants, CHRISTOPHER J. GARCIA and DOMINGO A. GONZALEZ, did knowingly possess a firearm, to wit, a Taurus .22 caliber semi-automatic pistol, serial number AXG32254, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States,

all in violation of 18 U.S.C. § 924(c) and 18 U.S.C. § 2.

ROBERT CLARK CORRENTE
United States Attorney

Adi Goldstein
Assistant U.S. Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

Dated: December 14, 2005