**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **APPEARANCE** |
| | § | |
| **V.** | § | |
| | § | |
| **WASKAR PENA,** | § | **CR05-1372-02T** |
| **EDUARDO GARCIA, alias Heavy D,** | § | |
| **CORNELLO OZORIO** | § | |
| **ALEJANDRO PUJOLS, alias Enano,** | § | |
| **CHRISTOPHER J. GARCIA, and** | § | |
| **DOMINGO A. GONZALEZ** | § | |

To the Clerk of this court and all parties of record:

I, Michael P. Fontaine, Esquire, do hereby enter my appearance as counsel of record for Defendant Eduardo Garcia, alias Heavy D, in the above entitled matter. Further, I certify that I am admitted to practice law before this honorable court.

December 21, 2005

Michael P. Fontaine, Esq.
FONTAINE LAW OFFICES
194 Waterman Street
Providence, RI 02906
(401) 709-2459 Tel.
(401) 709-2461 Fax.