UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-~~06T~~ 02 |
| | ) | |
| EDUARDO GARCIA | ) | |

DEFENDANT EDUARDO GARCIA'S MOTION TO EXTEND TIME TO PREPARE AND FILE PRETRIAL MOTIONS

TO THE HONORABLE COURT:

The Defendant, Eduardo Garcia, respectfully moves this Court to extend the deadline for filing pretrial motions from January 26, 2006 to March 13, 2006. In support thereof the Defendant would show:

I.

1. The Government has provided Defendant with a large volume of discovery. A large percentage of this discovery is in the form of wire tap evidence which has been provided on two compact discs. In total, these discs contain approximately 7,500 audio and text files. Further complicating the review of these documents is the fact that all of the audio files are in the Spanish language and the correlating text documents provided by the Government are summaries of the communications and not written transcripts.
2. Other investigative documents obtained through the discovery process indicate that hours of video surveillance have been recorded. The Defendant will need to review this and other tangible evidence in possession of the Government in order

to obtain a more complete understanding of the alleged conduct of which he is accused.

3. Given the multiple Defendants and interlocking and complex nature of their conduct as alleged by the Government, more time is needed to examine this conduct to determine how it may effect the charges this Defendant now faces.

II.

This request is made not for purposes of delay but so that justice may be done and to allow Defendant to exercise and enjoy his constitutionally protected right to due process and to discover and confront the evidence to be used against him at trial.

III.

Prayer

Defendant respectfully requests that the Court grant this Motion and extend the Motion filing deadline to March 13, 2006. If the Court deems it necessary, Defendant requests the Court set a hearing to consider further evidence and arguments in this matter.

CERTIFICATION PURSUANT TO 18 U.S.C. §3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Eduardo Garcia
By his Attorney,

Michael P. Fontaine
FONTAINE LAW OFFICES
194 Waterman St.
Providence, RI 02906
(401) 709-2459

CERTIFICATION

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 26th day of January, 2006.