IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-137-02T |
| | ) | |
| EDUARDO GARCIA | ) | |

**INFORMATION ALLEGING PRIOR CONVICTION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and, pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846, and 851, hereby files notice of the following felony drug offense conviction of the Defendant:

On October 1, 2003, the Defendant, EDUARDO GARCIA, was convicted of Manufacture/Delivery/Possession with Intent to Deliver a Schedule I/II Controlled Substance, in Providence Superior Court, Case Number P2/02-2603B, and sentenced to 5 years full sentence, 15 months to serve, and 45 months suspended with probation.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
Acting United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2006, I caused to be sent by regular first class mail, a true copy of the within Government's Information Alleging Prior Acts to:

Michael Fontaine, Esq.
194 Waterman Street
Providence, RI 02906