UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| EDUARDO GARCIA | ) | |

MOTION TO EXTEND SENTENCING DATE

Now comes the defendant and moves to extend the date of his sentencing an additional 30 days from July 14, 2006 to August 14, 2006. The defendant has been authorized to state that the Assistant United State's Attorney, Adi Goldstein, has no objection to this motion.

The defendant has aspects to his case which are still ongoing and require additional time. This extension should provide sufficient time to address for proper examination.

GRANTED
Ernest C. Torres
Chief, US District Judge

Eduardo Garcia
By his Attorney,

Michael P. Fontaine
FONTAINE LAW OFFICES
194 Waterman St.
Providence, RI 02906
(401) 709-2459

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 10th day of July, 2006.